UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14008-CR-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES HARLEY IHINGER,

    Defendant.
_____/



## REPORT AND RECOMMENDATION ON DEFENDANT'S ADMISSION TO VIOLATION AS SET FORTH IN THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** having come on to be heard for a preliminary hearing and final evidentiary hearing on October 22, 2014, in respect to the pending Petition Alleging Violation of Supervised Release and this Court having conducted a hearing, this Court recommends to the District Court as follows:

    1.    The Defendant appeared before this Court on October 22, 2014, for a preliminary hearing and final evidentiary hearing in respect to a Petition Alleging Violation of Supervised Release alleging the following violation:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On July 5, 2014, in St. Lucie County, Florida, the defendant committed the following new law violations: (1) disorderly intoxication, in violation of Florida Statute 856.011; (2) resisting officer without violence, in violation of Florida Statute 843.02. |

    2.    After consultation with his attorney, the Defendant announced to this Court that he wished to admit the sole violation of the Petition, Violation Number 1, as set forth in the Petition. This Court questioned the Defendant on the record and made certain that

1

he understood his rights in regards to an evidentiary hearing in respect to the alleged violation. Further, the Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The possible maximum penalties which the Defendant was facing were read into the record by the government and the Defendant stated that he understood those penalties. The government offered Government's Exhibit No. 1 into evidence which is the Judgment and Conviction from the County Court in and for Saint Lucie County, Florida, which reflects the Defendant pled nolo contendere to the charges of disorderly intoxication and resisting an officer without violence. The exhibit reflects that he received sixty (60) days county jail with credit for time served on the disorderly intoxication charge and one hundred fifty (150) days in the county jail on resisting officer without violence concurrent with credit for time served. There being no objection from the Defendant, this exhibit was admitted into evidence at the change of plea hearing and this Court will reference it in its Detention Order as well.

**ACCORDINGLY**, based upon the Defendant's admission to Violation Number 1 of the Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Number 1 as set forth in the Petition and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case. Pursuant to Federal Rules

of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** this 22nd day of October, 2014, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Theodore M. Cooperstein
AFPD Panayotta Augustin-Birch
U. S. Probation
U. S. Marshal